## Holcomb and another defendants in error *ads.* Hamilton.

AFTER imparlance, but before judgment, *I. S.* one of the defendants died; judgment was then entered againft *both* and execution iffued againft the *furvivor*, without any fuggeftion on the record of the death of the other defendant; and on error *coram vobis*, a rule had been taken to fhew

caufe why the record fhould not be amended by fuggefting the death of *I. S.*

*Whiting* fhewed for caufe, that the application was too late, the proceedings having ceafed to be on paper ; 2 *Viner's Abridg. title Amendment, letter H. pl.* 17. *Idem, page* 313, *letter G. pl.* 2.

*Woods* in fupport of the rule, read the act of this State, which authorifes the fuggeftion of the death of one defendant when the caufe of action furvives, and in anfwer to the objection in point of time, he cited 5 *Durn. and Eaft.* 577.

*Per Cur.* The cafe cited from *Durnford and Eaft* is in point. Courts have of late, fo long as the record is before them, gone into the practice of granting all amendments to which the party would have been entitled as *of courfe,* provided that it be of no prejudice to the other party.

Let the rule be made abfolute on payment of the cofts of this motion and of the writ of error.